FRANK CURRERI, Respondent, *v.* TEXAS COMPANY, Appellant.

(Argued June 9, 1932; decided July 19, 1932.)

*Charles R. Hickox, Vernon S. Jones* and *Raymond Parmer* for appellant.

*Jay Leo Rothschild, Louis Rivkin* and *George A. Grabow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: CRANE and KELLOGG, JJ.